ORIGINAL                    **FILED**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS          OCT 7 2015

DONALD G. JONES "PRO SE"                    CASE # _____    **U.S. COURT OF FEDERAL CLAIMS**

110 KETTERING TRACE

TYRONE, GA. 30290

     VS.                    **15-1142 C**

UNITED STATES OF AMERICA

UNITED STATES DEPARTMENT OF TREASURY   SECRETARY JOHN J. LEW

### COMPLAINT FOR PAYMENT OF QUI TAM FUNDS FROM U. S. DEPT. OF TREASURY

### IN RECOVERING APPROXIMATELY $184,000,000,000.00 IN TARP FUNDS

**NOW COMES INTO THIS MOST HON. U. S. FEDERAL CLAIMS COURT:**

DONALD G. JONES (**hereinafter referred to as Plaintiff Jones**) an American citizen by birth,

of full age of majority with a sound mind, and free of any duress filing this Civil Complaint for

monetary damages against the above referenced Defendant for payment to Plaintiff Jones from

his Qui Tam civil complaint in USDCDC Case No. **1:11:CV-01423 which forced the repayment of**

**over $184,000,000,000.00 in _Troubled Assets Recovery Program (hereinafter referred to as TARP)_**

from the TARP recipients later defined in this Civil Complaint.

### JURISDICTION OF FEDERAL CLAIMS COURT OVER THIS COMPLAINT

Jurisdiction is conferred on the U. S. Federal Claims Court (hereinafter referred to as the CFC)

by _28 U.S.C. sections 1491_. This jurisdiction allows the CFC to hear claims which occur in any

parts of the United States of America. The CFC can hear any claims for monetary damages

against Article III Judges, and/or Clerks of the United States Federal court systems._28 U.S.C._

_section 2505_ allows any judge of the CFC to sit at any place within the United States to take

evidence and enter judgment.

## JURISDICTION

Jurisdiction is further conferred in *28 U.S.C. section 1331*, which is the principal basis of federal jurisdiction in litigation against the federal government and its agencies for injunctive relief. Under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388, 397 (1971), suits against federal employees in their individual capacities are not suits against the United States for purposes of venue or service of process.

These Defendants in their individual capacities as employees of the federal government are subject to suit for damages for acts in violation of Plaintiff Jones' federal constitutional rights. Congress has enacted a variety of specific jurisdictional statutes governing particular kinds of litigations against the government based on the nature of the judicial proceeding, or the judicial violations which caused Plaintiff Jones to suffer the loss of Qui Tam Repayment funds in the approximate amount of $540,000,000.00.

## DEFENDANTS IN THIS MATTER ARE AS FOLLOWS:

**WHEREFORE SUCH DEFENDANTS** as Our United States Department of Treasury (**hereinafter referred to as UST**), and the Hon. U. S. Secretary of Treasury John J. Lew, and former Secretary Timothy Geithner (hereinafter referred to as the Secretary), whom is/was the former Constitutional Trustee of the TARP FUNDS, RECOVERY FUNDS, AND ALL OTHER APPROPRIATIONS ALLOCATED TO THE OTHER FEDERAL AGENCIES, and disbursed from the U. S. Treasury which are INCLUDED IN THESE LITIGATIONS, whom are to be served through The Office of the U. S. Solicitor General-USDOJ at 950 Pennsylvania Ave.-N.W.- Suite 5612-Washington D. C.,

20530-0001

## FEDERAL STATUTES GOVERNING THIS CIVIL COMPLAINT

### *31 U.S.C. Sections 3729 thru 3733:*

***The False Claims Act (FCA), 31 U.S.C. Sections 3729 thru 3733 was enacted in 1863*** by a Congress concerned that supplies of goods to the Union Army during the Civil War were defrauding the Army. The ***FCA*** provided that any person who knowingly submitted false claims to the government was liable for double the government's damages plus a penalty for each false claim. Since then, the ***FCA*** has been amended several times. In 1986, there were significant changes to the ***FCA***, including increasing damages from double damages to treble damages and raising the penalties from $2,000.00 to a range of $5,000.00 to $10,000. The ***FCA*** has been amended three times since 1986. Over the life of the statute it has been interpreted on hundreds of occasions by federal courts.

The statute begins, in ***section 3729 (a),*** by explaining the conduct that creates ***FCA*** liability. In very general terms, sections ***3729 (a) (1) (A) and (B)*** set for the ***FCA*** liability for any person who knowingly submits a false claim to the government or causes another to submit a false claim to the government or knowingly makes a false record or statement to get a false claim to the government.

***Section 3729 (a) (1) (G)*** is known as the reverse false claim section; it provides liability where one acts improperly – not to get money from the government, but to avoid having to pay money to the government.

***Sections 3729 (a) (1) (C)*** creates liability for those who conspire to violate the ***FCA.***

***Section 3730 (b) (1)*** provides the provisions for filing a qui tam action. It states that a person may file a ***qui tam action.***

***Section 3730 (d) of the FCA*** provides the terms of the award to the relator which is between ***15% to 25% of the amount recovered by the government through*** the qui tam action.

CONCLUSIONS AND LEGAL ARGUMENTS FOR PRO SE STANDARDS

PURSUANT TO ESTABLISH PRECEDENT OF FEDERAL AND STATE LAWS

Plaintiff Donald G. Jones incorporate into this Civil Complaint the following precedents in determining dismissal pursuant to FRCP Rules, most particularly 8, 9, and 12.

1) It was held in *Puckett v. Cox, 456 F. 2d 233 (1972) (6th Cir. USCA),* that a pro se complaint requires a less stringent reading than on drafted by a lawyer per Justice Black in *Conley v. Gibson.*

2) It was held in Picking *v. Pennsylvania Railway, 151 F. 2d 240, Third Circuit Court of Appeals,* that the plaintiff's civil rights pleadings was 150 pages and described by a federal judge as "inept". Nevertheless, it was held "Where a plaintiff pleads pro se in a suit for protection of civil rights, the Court should endeavor to construe Plaintiff's Pleadings without regard to technicalities".

3) It was held in *Elmore v. McCammon (1986) 640 F. Supp. 905* "…..the right to file a ***lawsuit Pro Se*** is one of the most important rights under the constitution and laws".

4) It was held in *Jenkins v. McKeithen, 395 U. S. 411, 421 (2959); Picking v. Pennsylvania R. Co. , 151 D Fed 2nd 240, Pucket v. Cox 456 2nd 233,,* that a pro se pleadings are to be construed without regard to technicalities; pro se litigants' pleadings are not to be held to the same standards of perfection as lawyers.

5) It was held in *Maty v. Grasseli Chemical Co., 303 U. S. 197 (1938)* that Pleadings are intended to serve as a means of arriving at fair and just settlements of controversies between litigants. They should not raise barriers which prevent the achievement of that end. Proper pleadings are important, but its importance consists in its effectiveness as a means to accomplish the end of just judgment".

5) It was held in *Haines v. Kerner, 404 U. S. 520 (1971) the U. S. Supreme Court* held that pro se pleadings should be held to "***less stringent standards***" than those drafted by attorneys.

## CIVIL COMPLAINT

### 1DGJUST)

On or about July 31, 2011 Plaintiff Jones filed a qui tam civil complaint in the USDCDC styled DONALD G. JONES VS. UNITED STATES DEPARTMENT OF TREASURY, ET AL, ***USDCDC Case NO. 1:11:CV-01423*** to enforce the provisions of repayment of taxpayer funds under the Troubled Assets Recovery Program ( **hereinafter referred to as TARP**) from the 7 Major Banks and several smaller ones.

### 2DGJUST)

On or about August 29, 2011 Plaintiff Jones amended the Civil Complaint and added the seven

Major Banks, and some smaller ones whom were the orchestrators of the violations of both

*__section 3729 (a), 3729 (a) (1) (A) and (B) of the FCA.__*

Additional Defendants Added in Amended Civil Complaint *USDCDC* **1:11:CV-01423**

GOLDMAN SACHS-GOLDMAN SACHS BOARD OF DIRECTORS

J P MORGAN CHASE-J P MORGAN CHASE BOARD OF DIRECTORS

CITIGROUP-CITIGROUP BOARD OF DIRECTORS

THE BANK OF NEW YORK MELLON

THE BANK OF NEW YORK MELLON BOARD OF DIRECTORS

MORGAN STANLEY-MORGAN STANLEY BOARD OF DIRECTORS

BANK OF AMERICA-BANK OF AMERICA BOARD OF DIRECTORS

UMPQUA BANK-UMPQUA BANK BOARD OF DIRECTORS

3DGJUST)

Plaintiff Jones further filed in the amended complaint *__Section 3729 (a) (1) (G)__* of the FCA which

is known as the Reverse False Claims provisions as is explained above.

4DGJUST)

Plaintiff Jones qui tam provision civil complaint forced the defendants to begin repaying back to

the U. S. Treasury approximately $184,000,000,000.00 in TARP delinquent payments. The U. S.

Treasury through the U. S. Asst. Attorney General for USDCDC began to label Plaintiff Jones as

a legal nut, and conspired with some of the defendants attorney to discredit Plaintiff Jones with

no factual basis whatsoever for doing it.

5DGJUST)

The U. S. Treasury's own TARP accounting records demonstrated that there were no repayments being made prior to Plaintiff Jones qui tam civil complaint. However, the U. S. Treasury's own TARP accounting records prove that the judicial pressure and the public relations pressure of Plaintiff Jones assisted the U. S. government in making a more aggressive collection process to recoup these TARP funds.

6DGJUST)

Plaintiff Jones provided all funds for filing, service processing, accounting, reviewing U. S. Treasury, SBA, CDFI, etc accounting records, as well as their statutory provisions for oversight over the disbursement, and collection of these TARP funds.

7DGJUST)

Plaintiff Jones filed all responses to any motions filed by the below listed high powered law firms representing the 7 Big Banks, and the Government as listed below:

**ATTORNEYS OF RECORD SERVED ON ORIGINAL DEFENDANTS**

U. S. ASST. ATTORNEY GENERAL U. S. D. C. D.C.

MR. RUDY CONTRERAS C/O MR. RONALD C. MACHEN, JR.

555 4TH ST. N. W.

WASHINGTON, D. C. 20530

MRS. CARISSA M. PILOTTI-MR. JESSE SOLOMON

DAVIS POLK & WARDWELL LLP

450 LEXINGTON AVENUE

LINOWES AND BLOCHER, LLP

MR. ROBERT C. PARK, JR.

7200 WISCONSIN AVE.-SUITE 800

NEW YORK, NEW YORK 10017                    BETHESDA, MD. 20814-4842


MR. DAVID R. BOYD                           JESSE SOLOMON

ATTORNEY FOR GOLDMAN SACHS Group, Inc.      ATTORNEY FOR CITIGROUP, INC.

5301 WISCONSIN AVE. - N. W.-Suite 800       901 15TH STREET- N. W.

WASHINGTON  D. C.  20015                    WASHINGTON, D. C. 20005

MR. RAUL F. YANES

ATTORNEY FOR BANK OF AMERICA CORPORATION

901 15TH STREET, N. W.

WASHINGTON, D. C. 20005

### 8DGJUST)

The Government through the office of the AUSAG for the USDCDC assisted the defendants'

defenses, and left Plaintiff Jones to continue the legal battle to recoup the taxpayer's money from

the TARP recipients. The Government led the collective efforts to distort the credibility of

Plaintiff Jones qui tam civil complaint, but all the while was assisting the U. S. Treasury in

getting the funds back from the TARP recipients whom Plaintiff Jones was exposing for both

False Claim Act violations as well as reverse False Claim Act violations.

### 9DGJUST)

Plaintiff Jones exposed the un-statutory actions of the Community Development Financial

Institutions (CDFI) and the Small Business Administration (SBA) officials whom were trying to

assist the TARP recipients in their attempts to violate the Reverse False Claims Act prohibition.

Such was the case with Bank of America, J. P. Morgan Chase, and CitiGroup whom purported to repay the TARP funds thorough some ghost/phantom community investment program which never existed to the magnitude they claimed.

### 10DGJUST)

Such was also the case with Umpqua Bank of Oregon whom made a false application to receive the TARP funds in an amount in excess of $214,000,000,000.00 whom openly admitted they did not need the TARP funds as they did not have any negative mortgages which with the Congressional definition of toxic mortgages.

### 11DGJUST)

The U. S. Treasury, the USDOJ, and the other oversight members' were clueless as to what was going on under their nose. It was not until Plaintiff Jones filed my qui tam lawsuit that the American people began to see some type of solid repayment of the TARP funds as was Congressionally mandated for the Secretary of the U. S. Treasury to do from the offset of the TARP bill.

### 12DGJUST)

The U. S. Treasury and the AAGUSDOJ for the USDCDC refuse to honor the qui tam provisions of Plaintiff Jones entitlement to receive a minimum of $540,000,000.00 pursuant to _**Section 3730 (d) of the FCA which defines the provisions for**_ the award to the relator which is between _**15% to 25% of the amount recovered by the government through**_ the qui tam action.

13DGJUST)

Plaintiff Jones sent to the former and present Secretary of the U. S. Treasury a certified letters for demand of payment in full on December 8, 2013 to the following U. S. Treasury Officials:

1)  Hon. Sect. of Treasury John J. Lew

    Certified Letter #7010-3090-0003-1064-9364 Received on 12-16-2013

2)  Hon. Under Sect. of Treasury Mary John Miller

    Certified Letter #7010-3090-0003-1064-9333 Received on 12-13-2013

3)  Hon. U. S. Treasurer Rosie Rios

    Certified Letter #7010-3090-0003-1064-9340 Received on 12-16-2013

4)  Hon. Chief of Staff to Secretary John J. Lew Christian A. Weideman

    Certified Letter#7010-3090-0003-1064-9357 Received on 12-16-2013

Plaintiff Jones has attached a copy of the document along with USPS confirmation sheet to validate receipt of letter of demand for payment in full by the U. S. Treasury, but to no avail.

14DGJUST)

Plaintiff Jones has exhausted all administrative efforts to be paid for services in full by the U. S. Treasury, but to no avail. The inactions of the U. S. Treasury give precedent for Plaintiff Jones to file this claim with the Hon. U. S. Court of Federal Claims.

Wherefore Plaintiff Jones prays this Honorable CFC grant the relief of issuing an order for the U.

S. Treasury to pay Plaintiff Jones in an amount not less than 15% of the recovered TARP funds,

and not more than 25% of the recovered TARP funds, which should be in the approximate

amount of $540,000,000.00, and such other relief as this Honorable CFC Judge deems statutorily

correct.

Respectfully Submitted by

DONALD G. JONES "PRO SE"

110 KETTERING TRACE

TYRONE, GA. 30290     504-339-8052(CELL) or 770-703-2576(HOME)

## CERTIFICATE OF SERVICE

WE CERTIFY that all copies of any of the attached Civil Complaint will be served on the

Defendants all in accords with FRCP 4 as soon as we receive notice from the Honorable Judge of

the FCA to do so, this __6th____ day of October, 2015


_____

DONALD G. JONES

110 KETTERING TRACE

TYRONE, GA. 30290

HOME-770-703-2576

CELL-504-339-8052

Email no1mrmoneyjones@aol.com

FROM THE DESK OF DONALD G. JONES "CONSULTANT "

302 PLANTATION CIRCLE

FAYETTEVILLE, GA. 30214

504-339-8052

December 8, 2013

C COS- Christal A. Weidman

Hon Sect. of Treasury John J. Lew    7010 3090 0003 1064 9364

Hon. Under-Sect. of Treasury Mary John Miller    7010 3090 0003 1064 9333

Hon. U. S. Treasurer Rosie Rios    7010 3090 0003 1064 9340

1500 Pennsylvania Ave. – NW

Washington, D. C. 20220

202-622-2000-Office

202-622-6415-Fax

Re:    Invoice for Services Rendered in Assisting the Repayment of over $184,000,000,000.00 + -
       Delinquent TARP Repayments from 8-2011 to Present Date

Subject:    10% to 20% Co-share in Forced Repayment of TARP Funds

            Pursuant to False Claims Act of 1986

Dear Distinguished Members of the U. S. Treasury:

My name is Donald G. Jones, and I am writing this letter to both inform your distinguished Departments of the Treasurer's legal obligation to recognize this invoice for payment in full for services rendered in my legal civil complaints which forced the expedited repayment of TARP funds from those entities which were both named in those Civil Complaints, and also those whom became aware of those civil complaints, and thereby expedited their repayment of their delinquent TARP loan obligations.

I am sure that your own accounting records will verify that the TARP funds began to be lawfully repaid back into the Treasury between August of 2011 thru January of 2012 in the most expeditious manner prior

**Page-1-Letter DGJ/UST-Invoice $540mil/FCA/TARP Funds**

to that period. I am sure that your integrity, and your sense of decency will urge you to honor the role I played in respectfully assisting our U. S. Treasury in the return of these most important funds to the Treasury. When I began this legal battle, I always knew that the Judges, and Justices would not move in the most lawful manner as their sworn duties demanded them to, and honor the litigations on their face value. Nevertheless, I knew that the fear and uncertainty felt by the reluctant TARP fund recipients would force them to honor their contractual commitment and began to repay back to our U. S. Treasury the delinquent funds which they had not began to repay.

As a consultant to the U. S. Treasury in this Unsolicited Collection Action I am very much entitled to present this invoice in the amount of not less than $540,000,000.00 to be paid in full within the next 30 days all in accord with law.

Options for the Payment of This Invoice in Full

1) This invoice can be paid in the following form, but not limited to these:
    A). A minimum of $54,000,000.00 in a U. S. Treasury Check.
    B). The balance to be paid in the form of transfer of IRS seized properties such as Nursing Homes, Hospitals, Construction Equipment, Multiuse commercial buildings, and/pr residential homes.
    C). Residual gold from the U. S. Mint which is left over from the manufacturing of gold and silver coins.
    D). Commercial Leer Jets, Freighters, and or agricultural farms, and such other food services facilities.
    E). FDIC Banks sitting dormant, and ready to be renamed, and restocked for public use under our Banking Flagship, namely; FBOGWT.
    G). and such other items of value which is in possession of the Treasury, and it's subordinate departments which will satisfy this delinquent debt of the U. S. Treasury.

The cases which were filed by myself, and litigated by myself were styled Donald G. Jones vs. U. S. Department of the Treasury, Et Al- U. S. District Court District of Columbia-1-11-cv-01423-RJL, U. S. Court of Appeals for the District of Columbia Circuit-12-5094, and United States Supreme Court Case No. 12-1456, which is presently filed for Rehearing of the Writ of Certiorari.

<u>Page-2-Letter DGJ/UST-Invoice $540mil/FCA/TARP Funds</u>

I am a U. S. citizen whom has the highest regard for our U. S. government, and as such I respectfully request the mighty arm of our U. S. Treasury to honor this respectful request for payment in full. Please contact me at 504-339-8052 to further conclude this order of business.

Respectfully Submitted,

Donald G. Jones "Consultant"

English        Customer Service        USPS Mobile                    Register / Sign In

ALERT: Check here for Hurricane Joaquin-related USPS service disruptions. Read more ›


**USPS.COM**

## USPS Tracking®


**Customer Service ›**
Have questions? We're here to help.


**Get Easy Tracking Updates ›**
Sign up for My USPS.

*Hon. Sect. UST — John J. Lew*

**Tracking Number: 70103090000310649364**

**Updated Delivery Day: Monday, December 16, 2013**

## Product & Tracking Information

### Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **December 16, 2013 , 4:22 am** | Delivered | **WASHINGTON, DC 20220** |

Your item was delivered at 4:22 am on December 16, 2013 in WASHINGTON, DC 20220.

| | | |
|---|---|---|
| December 15, 2013 , 11:42 am | Available for Pickup | WASHINGTON, DC 20220 |
| December 15, 2013 , 10:57 am | *Arrived at Hub* | *WASHINGTON, DC 20018* |
| December 10, 2013 , 12:01 am | Departed USPS Facility | NORTH METRO, GA 30026 |
| December 9, 2013 , 3:05 pm | Arrived at USPS Origin Facility | NORTH METRO, GA 30026 |
| December 8, 2013 , 5:45 pm | Acceptance | ATLANTA, GA 30304 |

## Track Another Package

**Tracking (or receipt) number**

[                                    ]                    Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

*Sign up for My USPS ›*



English     Customer Service     USPS Mobile                          Register / Sign In

ALERT: Check here for Hurricane Joaquin-related USPS service disruptions. Read more ›



# USPS Tracking®


*Customer Service ›*
Have questions? We're here to help.


*Get Easy Tracking Updates ›*
Sign up for My USPS.

*Hon. Under Sect. of UST— Mary John Miller*

Tracking Number: 70103090000310649333

## Product & Tracking Information

### Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **December 13, 2013 , 10:50 am** | Departed USPS Facility | **WASHINGTON, DC 20018** |

The package is delayed and will not be delivered by the expected delivery date. An updated delivery date will be provided when available. Your item departed our USPS facility in WASHINGTON, DC 20018 on December 13, 2013 at 10:50 am. The item is currently in transit to the destination.

| | | |
|---|---|---|
| December 13, 2013 , 7:36 am | Arrived at USPS Facility | WASHINGTON, DC 20018 |
| December 10, 2013 , 12:01 am | Departed USPS Facility | NORTH METRO, GA 30026 |
| December 9, 2013 , 3:25 pm | Arrived at USPS Origin Facility | NORTH METRO, GA 30026 |
| December 8, 2013 , 5:45 pm | Acceptance | ATLANTA, GA 30304 |

## Track Another Package

**Tracking (or receipt) number**

[                                    ]     Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.



*Sign up for My USPS ›*

English      Customer Service      USPS Mobile                                Register / Sign In

ALERT: Check here for Hurricane Joaquin-related USPS service disruptions. Read more ›

**USPS.COM**

# USPS Tracking®


**Customer Service ›**
Have questions? We're here to help.


**Get Easy Tracking Updates ›**
Sign up for My USPS.

*Hon. U.S. Treasurer Rosie Rios*

Tracking Number: 70103090000310649340

**Updated Delivery Day: Monday, December 16, 2013**

## Product & Tracking Information                              Available Actions

Postal Product:                    Features:
First-Class Mail®                  Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 16, 2013 , 4:22 am | Delivered | WASHINGTON, DC 20220 |

Your item was delivered at 4:22 am on December 16, 2013 in WASHINGTON, DC 20220.

| | | |
|---|---|---|
| December 15, 2013 , 11:42 am | Available for Pickup | WASHINGTON, DC 20220 |
| December 15, 2013 , 10:57 am | Arrived at Hub | WASHINGTON, DC 20018 |
| December 10, 2013 , 12:01 am | Departed USPS Facility | NORTH METRO, GA 30026 |
| December 9, 2013 , 3:03 pm | Arrived at USPS Origin Facility | NORTH METRO, GA 30026 |
| December 8, 2013 , 5:44 pm | Acceptance | ATLANTA, GA 30304 |

## Track Another Package                              Manage Incoming Packages

Tracking (or receipt) number                          Track all your packages from a dashboard.
                                                      No tracking numbers necessary.

                                        Track It      **Sign up for My USPS ›**



English          Customer Service          USPS Mobile                                    Register / Sign In

ALERT: Check here for Hurricane Joaquin-related USPS service disruptions. Read more ›

**≡USPS.COM**

## USPS Tracking®

 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

*Chief of Staff UST - Christian A. Weideman*

Tracking Number: **70103090000310649357**

Updated Delivery Day: **Monday, December 16, 2013**

## Product & Tracking Information

### Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **December 16, 2013 , 4:22 am** | Delivered | **WASHINGTON, DC 20220** |

Your item was delivered at 4:22 am on December 16, 2013 in WASHINGTON, DC 20220.

| | | |
|---|---|---|
| December 15, 2013 , 11:42 am | Available for Pickup | WASHINGTON, DC 20220 |
| December 15, 2013 , 10:57 am | *Arrived at Hub* | *WASHINGTON, DC 20018* |
| December 13, 2013 , 10:50 am | Departed USPS Facility | WASHINGTON, DC 20018 |
| December 13, 2013 , 8:40 am | Arrived at USPS Facility | WASHINGTON, DC 20018 |
| December 10, 2013 , 12:01 am | Departed USPS Facility | NORTH METRO, GA 30026 |
| December 9, 2013 , 3:02 pm | Arrived at USPS Origin Facility | NORTH METRO, GA 30026 |
| December 8, 2013 , 5:41 pm | Acceptance | ATLANTA, GA 30304 |

## Track Another Package

Tracking (or receipt) number

_____          Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



JS 44 (Rev. 12/12)  **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
DONALD G. JONES
110 KETTERING TRACE
TYRONE, GA. 30290

**(b)** County of Residence of First Listed Plaintiff   **FAYETTE**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
DONALD G. JONES "PRO SE"
110 KETTERING TRACE, TYRONE, GA. 30290
504-339-8052 (cell) or 770-703-2576(home)

**DEFENDANTS**
UNITED STATES DEPT. OF TREASURY

County of Residence of First Listed Defendant   **DISTRICT OF COLUMBIA**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
U. S. ATTORNEY GENERAL-USDOJ

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question *(U.S. Government Not a Party)*
☒ 2  U.S. Government Defendant
☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                          *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157 | ☒ 375 False Claims Act<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts |
| | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability | | **PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | |
| | **PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | |
| | | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
31 USC SECTIONS 3729-3730(d)
Brief description of cause:
PTF IS ENTITLED TO RECEIVE  INFORMER'S REWARD FOR QUI TAM RECOVERY OF UST TARP FUNDS

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $   540,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**   *(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE  10/05/2015
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____